# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324 troylaw@troypllc.com Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

October 28, 2021

<u>*Via* ECF</u>
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York.
40 Foley Square
New York, NY 1007

**Re: First Letter Requesting to Adjourn the Conference Scheduled for November 4, 2021**
*Lin v. Canada Goose US, Inc.* 1:21-cv-07614-LGS

Your Honor,

  This office represents the Plaintiff in the above referenced matter. We write pursuant to Your Honor's individual Rules and Practices to request for an adjournment of our conference scheduled for November 4, 2021 at 10:40 a.m. This is Plaintiff's first request to adjourn the conference and granting such request will not prejudice any party.

  On September 12, 2021, Plaintiff filed Complaint against Canada Goose US, Inc. *See* Dkt. No. 1. The Summons with Complaint is to be served upon Defendant by December 11, 2021. Plaintiffs are currently working on amending the Complaint prior to serving the Defendant's. As such, the initial pre-trial conference currently scheduled for November 4, 2021, should be adjourned to a time after December 11, 2021, which would allow the Defendant's to Answer the Complaint or otherwise respond to the Complaint.

  For the foregoing reasons and to save judicial resources and time, Plaintiff respectfully requests to adjourn the initial pre-trial conference currently scheduled for November 04, 2021, to any time after December 11, 2021.

  We thank the Court for its time and consideration in this matter.

Application **GRANTED**. The initial conference scheduled for November 4, 2021 is **ADJOURNED** to **December 16, 2021 at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: (888) 363-4749, access code: 5583333#. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Respectfully submitted,
/s/ John Troy
John Troy
TROY LAW PLLC
41-25 Kissena Blvd, Suite #103
Flushing, NY, 11355
*Attorney for Plaintiff*

Dated:  October 29, 2021
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE