UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JIA WANG LIN,
                              Plaintiff,           21 Civ. 7614 (LGS)

          -against-                          ORDER

CANADA GOOSE US, INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated September 15, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference. (Dkt. No. 6.)

       WHEREAS, the initial pretrial conference is currently scheduled for December 16, 2021, at 10:40 a.m. (Dkt. No. 8.)

       WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket. It is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **December 13, 2021**. If Plaintiff has not been in communication with Defendant, it shall file a status letter regarding its efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **December 13, 2021**.

Dated: December 10, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE