# TROY LAW, PLLC
ATTORNEYS /COUNSELORS AT LAW
Tel: 718 762 1324   Email: troylawpllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

December 13, 2021

<u>*Via* **ECF**</u>
Hon. Judge Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Brooklyn, NY, 11201

  **Re: Status Report and Request to Adjourn Initial Pretrial Conference for an additional Month**
   *Jia Wang Lin v. Canada Goose Inc.,* No. 21-cv-07614 (LGS), (S.D.N.Y.)

Your Honor,

  We represent the Plaintiffs in the above referenced matter. We write respectfully and pursuant to Your Honors order dated December 10, 2021, that Plaintiff is to file a joint status letter and proposed case management plan or in the alternative file a joint status letter regarding efforts to serve Defendant and requesting an adjournment of the conference by December 13, 2021. Plaintiffs respectfully request that Your Honor adjourn the initial pretrial conference for an additional month due to Plaintiff having just served Defendant in the matter. This is plaintiffs second request, with Your Honor granting Plaintiffs first request, and such request will not prejudice any party in the matter.

  The status of the case is that Plaintiffs have just amended their complaint in the matter and filed it on December 6, 2021. *See* Dkt No. 9. Plaintiff has reached out to a Process Serving Company last week and the process serving company informed Plaintiff's counsel that they should be completing the Service for the Corporate Defendant today, December 13, 2021. As of Plaintiffs writing this, they have filed their Affidavit of Service as to Corporate Defendant ahead of filing this letter. *See* Dkt. No. 11. Defendants have until January 3, 2021 to respond to Plaintiff's complaint in the action.

  For the reasons stated above, Plaintiff respectfully request that Your Honor adjourn the conference scheduled for December 16, 2021 to sometime next month. With the conference being adjourned to next month, it will give time for the Defendants to appear in the action and respond to Plaintiff's complaint, should they appear in the action.

  We thank your honor for your time and your consideration in this matter.

Application **GRANTED**.  The initial conference scheduled for December 16, 2021, is **ADJOURNED** to **January 5, 2022, at 4:10 p.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

By **December 29, 2021**, the parties shall file a joint letter and proposed case management plan.  (*See* Dkt. No. 6.)

Dated:  December 14, 2021
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

TROY LAW, PLLC
*Attorneys for Plaintiff*

By: /s/ John Troy
   John Troy