UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIA WANG LIN,
                            Plaintiff,          21 Civ. 7614 (LGS)

         -against-                            ORDER

CANADA GOOSE US, INC.,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pre-trial conference in this matter is scheduled for January 5, 2022, at 4:10 p.m.  (Dkt. No. 13.)

      WHEREAS, on December 29, 2021, the parties filed a joint letter and proposed case management plan.  (Dkt. Nos. 18, 19.)  The joint letter stated that Defendant "intends to ask the Court to stay all discovery pending the resolution of Defendant's motion to dismiss."  (*See* Dkt. No. 19 at 3.)

      WHEREAS, on January 3, 2022, Defendant filed a pre-motion letter in anticipation of a motion to dismiss.  (Dkt. No. 20.)  It is hereby

      **ORDERED** that the initial pre-trial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  It is further

      **ORDERED** that, by **January 7, 2022**, Plaintiff shall file a response to Defendant's pre-motion letter, not to exceed three pages, including whether Plaintiff intends to file an amended complaint to correct errors and other deficiencies identified in the pre-motion letter.

Dated: January 4, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE