# TROY LAW, PLLC

ATTORNEYS /COUNSELORS AT LAW
Tel: 718 762 1324   Email: troylawpllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

January 18, 2022

**Via ECF**
Hon. Judge Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Brooklyn, NY, 11201

Application **GRANTED in part**.  By **February 1, 2022**, Plaintiff shall file any amended complaint.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 25.

Dated:  January 19, 2022
        New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: Motion for Extension of Time to File Second Amended Complaint**
*Jia Wang Lin v. Canada Goose Inc.*, **No. 21-cv-07614 (LGS), (S.D.N.Y.)**

Your Honor,

      We represent the Plaintiff in the above referenced matter. We write respectfully to request an extension of time to file the Second Amended Complaint due today, January 18, 2022. The reason for the extension request is because the plaintiff, Jia Wang Lin, cannot come to our office and verify the second amended complaint because was diagnosed with COVID-19 on January 5, 2022. We are in possession of a copy of his PCR test results and can present same to the Court for in camera review.

      Though Mr. Lin had quarantined for 12 days, as of yesterday, January 17, 2021 he remained symptomatic with a persistent cough. The Center for Disease Control's current guidelines suggest that we wait till 5 days after all symptoms have stopped before initiating contact. None of the office members have COVID-19 and we do not wish to risk infection.

      We have emailed and spoken with Defendants' counsel who did not consent but would defer to the court's scheduling order.

      We anticipate that Mr. Lin will be ready to come to the office after 5 full days once he no longer has symptoms. As such, we estimate that he should be able to come to the office within three (3) weeks from today, that is, by February 8, 2022.

      We thank your honor for your time and your consideration in this matter.

Respectfully submitted,

TROY LAW, PLLC
*Attorneys for Plaintiff*

By:   /s/ John Troy
      John Troy

JT/mh