UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIA WANG LIN,

                Plaintiff,

    -against-                                    21 **CIVIL** 7614 (LGS)

## **JUDGMENT**

CANADA GOOSE US, INC.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 14, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      November 15, 2022

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                       **BY:**

                                                                      **Deputy Clerk**